734 A.2d 1271

**In the Matter of Valerie J. GLOVER.**

**Petition for Reinstatement.**

**No. 845 Disciplinary Docket No. 2.**

Supreme Court of Pennsylvania.

July 23, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 23rd day of July, 1999, upon consideration of the Report and Recommendations of the Disciplinary Board

dated May 21, 1999, the Petition for Review and response thereto, the Petition for Reinstatement is denied. Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.